# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Edward Poindexter, | Civ. No. 08-1186 (JNE/JJK) |
| Plaintiff, | |
| v. | |
| Victoria Pohlmann, Officer; Lou Stander, Associate Warden of Operations; Krentz, Sgt.; C. Peine, Officer; Penelope Malecha, "Penny" Career Case Mgr.; James Lyons, "Jim" Assistant Warden/Operations; Janice Hanlon, "Jan" "RN"; Jaclyn Carter, "Jackie" "CPD"; and Constantine Roehrich, "Connie" Warden; | **ORDER** |
| Defendants. | |

Edward Poindexter, #27767, NSP, 1-A-12, P.O. Box 2500, Lincoln, NE 68542-2800, *pro se*.

Angela Behrens, Minnesota Attorney General's Office, counsel for Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated January 27, 2009. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Judgment on the Pleadings (Doc. No. 30) is **DENIED**; and

2. Plaintiff's Motion for Judgment on the Pleadings (Doc. No. 33) is **DENIED**.

Date: February 23, 2009

s/ Joan N. Ericksen
Joan N. Ericksen
United States District Judge