UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Edward Poindexter,

    Plaintiff,

v.                                                    Civil No. 08-1186 (JNE/JJK)
                                                    ORDER

Victoria Pohlmann, et al.,

    Defendants.

This case is before the Court on an Amended Report and Recommendation issued by the Honorable Jeffrey J. Keyes, United States Magistrate Judge, on October 19, 2009. The magistrate judge recommended that Plaintiff's Motion for Partial Summary Judgment, Motion for Submission of Supplementary Exhibits and Supplementary Affidavits, and Motion for Leave to Submit Supplementary Exhibits and Affidavits be denied. The magistrate judge also recommended that Defendants' Motion for Summary Judgment be granted. Plaintiff objected to the Amended Report and Recommendation. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Amended Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. Plaintiff's Motion for Partial Summary Judgment [Docket No. 59] is DENIED.

2. Plaintiff's Motion for Submission of Supplementary Exhibits and Supplementary Affidavits [Docket No. 63] is DENIED.

3. Plaintiff's Motion for Leave to Submit Supplementary Exhibits and Affidavits [Docket No. 97] is DENIED.

4. Defendants' Motion for Summary Judgment [Docket No. 74] is GRANTED.

5. This action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 16, 2009

s/ Joan N. Ericksen  
JOAN N. ERICKSEN  
United States District Judge